UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Civil Case No. 01-CV-2267 MJD/RLE

MYRON McKEE and
MELISSA McKEE,

Plaintiffs,

vs.

RICHARD A. BRUNELLE and MILDRED ANN BRUNELLE, husband and wife, SHERI ANN BRUNELLE, a single person, CROW WING PRODUCTS, INC., on information and belief, a defunct Minnesota Corporation, JOHN P. SULLIVAN and NAVILLUS LAND COMPANY, a Minnesota Corporation, and LAKES REGION INVESTMENTS, LLC, and LAKES REGION DEVELOPMENT COMPANY, LLC,

Defendants.

# REQUEST FOR AN ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS LAKES REGION INVESTMENTS, LLC, and LAKES REGION DEVELOPMENT COMPANY, LLC

Lakes Region Investments, LLC, and Lakes Region Development Company, Inc., were named as defendants in this litigation since an abstract of certain real property indicated that these two legal entities claimed an interest in the real property at issue in the present lawsuit. Subsequently, Counsel for Lakes Region Investments, LLC, and Lakes Region Development Company, Inc., determined that these entities' claims had been the result of a scrivener's error.



JUL 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Lakes Region Investments, LLC, and Lakes Region Development Company, Inc., has now filed an Affidavit for Recording, Document No. 0605807, with the Crow Wing County Recorder, Exhibit A. This Affidavit for Recording disclaims any interest in the real property.

Plaintiffs have, therefore, on account of the filing of the Affidavit for Recording agreed to dismiss Lakes Region Investments, LLC, and Lakes Region Development Company, Inc., as parties-defendant to this action. No cross-claims have been filed against Lakes Region Investments, LLC, and/or Lakes Region Development Company, Inc. No other defendant has expressed any desire to hold these parties as co-defendants.

Counsel for Plaintiffs asks that the Court dismiss only these defendants from this litigation under these circumstances.

Dated at Saint Paul, Minnesota, this 2nd day of July, 2002.

CROSBY & ASSOCIATES

Lawrence H. Crosby
Attorney Registration No. 192788
Counsel for Plaintiffs–McKee
630 Roseville Professional Center
2233 Hamline Avenue North
Saint Paul
Minnesota 55113
(651) 635-0818

ORDER FOR DISMISSAL OF
LAKES REGION INVESTMENTS, LLC,
and, LAKES REGION DEVELOPMENT COMPANY, LLC

On the request of Counsel for the Plaintiffs–McKee, this Court now dismisses with prejudice those claims brought by the Plaintiffs against Defendants Lakes Region

Investments, LLC, and Lakes Region Development Company, LLC. This dismissal does not and is not intended to release any other party-defendant to this lawsuit.

DATED: July 11, 2002

BY THE COURT:

Reviewed by Auditor

Office of County Recorder
County of Crow Wing, MN

I hereby certify that the within instrument was filed in this office for record on the 8 day of Mar A.D. 2002 at 8 o'clock A M. and was duly recorded as Doc. No. 605307

County Recorder

By Vicki Stange Deputy

State of Minnesota )
)ss.
County of Hennepin )

**AFFIDAVIT FOR RECORDING**

Dennis S. Klohs, first being duly sworn, deposes and states as follows:

1. The undersigned, Dennis S. Klohs, is the Chief Manager and President of Lakes Region Investments, LLC, a Minnesota limited liability company, formerly known as Lakes Region Development Company, LLC (hereinafter called "Lakes Region") and has been duly authorized on behalf of Lakes Region to sign this Affidavit for Recording.

2. Lakes Region is the same entity named as Lakes Region Development Company, LLC in that certain Memorandum of Purchase Agreement for recording dated December 14, 1998, and recorded in the office of the County Recorder for Crow Wing County, Minnesota, on December 16, 1998, as document no. 540846 (the "Memorandum of Purchase Agreement").

3. The Memorandum of Purchase Agreement was not intended to cover any part of the real property located in that part of the South one-half of the Northwest quarter of Section 7, Township 133, Range 28, Crow Wing County lying South of the Burlington Santa Fe Railroad Right of Way in said Section 7, including without limitation the real property depicted and identified as the parcels numbered as 010072400BB0009 and 010072400D00009, respectively, (the "Depicted Parcels") as shown on the portion of the Section map of Section 7, Township 133, Range 28, Crow Wing County, Minnesota, attached hereto as Exhibit A.

4. To the extent the property described in the Memorandum of Purchase Agreement could be construed as including any part of the Depicted Parcels referenced on Exhibit A attached, the Memorandum of Purchase Agreement is in error and no claim by Lakes Region in or to the Depicted Parcels is or was intended by or through the Memorandum of Purchase Agreement or the Purchase Agreement referenced therein, and any such claims are hereby specifically disclaimed, waived and released by and on behalf of Lakes Region.

5. It is intended that this Affidavit for Recording shall be binding upon Lakes Region and its successors and assigns.

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

EXHIBIT
A

6. This Affidavit is given in accordance with Minnesota statute §507.29 and other applicable law with the intent that it shall be recorded and may be relied upon for purposes of passing title to the Depicted Parcels referenced described on Exhibit A attached.

FURTHER, YOUR AFFIANT SAYETH NOT.

Dated: February 21, 2002

X [signature]
Dennis S. Klohs

Subscribed and sworn to before me this 21st day of February, 2002.

X Pamela M. Samuelson
Notary Public

PAMELA M. SAMUELSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

This instrument prepared by:

Snelling, Christensen & Laue, P.A.
5101 Vernon Avenue South, #400
Minneapolis, MN 55436

RETURN TO



EXHIBIT A
Part of Section 7, Township 133, Range 28, Crow Wing County, MN.
FAIRVIEW ROAD NORTH
T.H. 210
BURLINGTON NORTHERN RAILROAD
FOLEY ROAD SOUTH
STEWART'S FORE
EASEMENT
2401
406199
NAVILLUS LAND
010072400AA0009
2405
WALTON
2409
KNAUER
010072400EC0009
2411
VAVEREK
2441
HEYN
010072400BA0009
CROW WING PRODUCTS
010072400BB0009
3471
R. JOHNSON
010072400AAA009
010072400D00009
NAVILLUS LAND
010072400AA0009
2865
2871
HORIGAN
010072302A00009
010072302B00009
2863
NELSON
010072302F00009
NARY
010073103C00009
BRUNELLE
010073103B00889
SCHNEIDER
010073103AZ0009
2641
2631
010073103AZ0009
010074200BZA009
NW 1/4 NE 1/4
SW 1/4 SE 1/4
LIFE
2560
2580
2610
2630
2640
2650
2660
2710
2740
2770
2790
2820
TAGTMI
SHERRAF
LAUREL
NICHOLS