UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Myron McKee and
Melissa McKee,

Plaintiffs,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Richard Brunelle, Mildred
Brunelle, Sheri Brunelle,
Crow Wing Products, Inc.,
John Sullivan and Navillus
Land Company,

Defendants.

Civ. No. 01-2267(JNE/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable Joan N. Ericksen, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: June 6th, 2003
At Duluth, Minnesota

32

FILED JUN 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK